## DOUGLAS, Ex'r, *v.* WHITE.

PRACTICE. *Appeal.* An appeal must be granted at the same term at which the decree appealed from was rendered.

### MOTION TO DISMISS.

HENDERSON & JOUROLMAN for complainant.

STALEY for defendant.

FREEMAN, J., delivered the opinion of the court.

In this case a motion is made to dismiss the appeal. The appeal was granted at the August Term, 1877. The decree sought to be attacked was made perhaps two terms before, and no decree whatever made in the case at the August Term. If appeal lay from decree complained of, it should have been taken at the term made. It was too late to appeal at next term.

Let the appeal be dismissed.